IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCT
LIABILITY LITIGATION

Case No. 1:14-ml-2570-RLY-TAB

MDL No. 2570

This Document Relates to: Kenneth Dickinson

Case No.  1:16-cv-553

## STIPULATED DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated:  November 4, 2025

/s/  Jeff T. Seldomridge
Jeff T. Seldomridge, Esq.
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-42224
Fascimile:   (540) 672-3055
Email:Jseldomridge@millerfirmllc.com

***Attorney for Plaintiff***

/s/ Erica K. Drew
Erica K. Drew, Esq.
Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana  46204
Telephone:  (317) 237-0300
Facsimile:   (317) 237-1000
Email:erica.drew@faegredrinker.com

***Attorney for Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4 day of November, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Jeff T. Seldomridge*